

FILED

04/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0005

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0005

FILED

APR 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MOTION OF DAVID M.S.
DEWHIRST FOR ADMISSION TO THE
BAR OF THE STATE OF MONTANA

S U P P L E M E N T A L
O R D E R

David M.S. Dewhirst filed a motion for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. We issued an order on April 27, 2021, noting that Dewhirst had satisfied the requirements prerequisite to admission on motion under Rule V and granting the motion. We had previously granted temporary admission to Dewhirst pending completion of his application for admission on motion.

The Clerk has advised that it was not necessary within our order granting permanent admission to require Dewhirst to be sworn in, as that was accomplished at the time of his temporary admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, the admission status of David M.S. Dewhirst will be transferred from temporary to permanent active status and so reflected upon the Clerk's records.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 28th day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices